JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOUAKHAM SOUVANNAKOUM, ) <br> Plaintiff, ) <br> vs. ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of Social Security, ) <br> Defendant. ) | Case No. EDCV 07-934-OP <br><br> JUDGMENT |

Pursuant to the Memorandum Opinion; Order of the United States Magistrate Judge,

IT IS ADJUDGED that Judgment be entered affirming the decision of the Commissioner, and dismissing this action with prejudice.

DATED: March 9, 2009

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge